ACCEPTED
12-14-00007-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/8/2015 2:54:31 PM
CATHY LUSK
CLERK

# No. 12-14-00007-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/8/2015 2:54:31 PM
CATHY S. LUSK
Clerk

## In the Court of Appeals
## for the
## Twelfth District of Texas
## Tyler, Texas

**REX SMITH**
*Appellant*

**v.**

**KELLY DAVIS AND AMBER DAVIS**
*Appellees*

*Appealed from the 294th Judicial District Court*
*Van Zandt County, Texas*

### MOTION FOR LEAVE TO FILE
### REPLY SUPPORTING REX SMITH'S ANSWERS
### TO THE COURT'S QUESTIONS

Jeffrey C. Irion
Texas Bar No. 10413500
240 S. Old Gun Barrel Lane
P. O. Box 5027
Gun Barrel City, Texas 75147
Telephone: 903-887-4050
Facsimile: 866-422-8403
jirionattorney@aol.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

In response to the Davises' rehearing motion, this Court requested that Smith file answers to certain questions about the proper relief in the case. Smith answered those questions. Now, the Davises have filed a reply arguing that Smith somehow waived his position, in connection with a prior, successful rehearing motion in this case. For the Court's benefit, Smith concurrently is submitting a brief reply to the allegation of waiver. Smith requests leave that the reply would be filed and considered with the other papers relevant to the Davises' motion for rehearing.

### Certificate of Conference

Counsel for the Davises states that this motion is opposed.

### Conclusion and Prayer

WHEREFORE, PREMISES CONSIDERED, Rex Smith prays that the Court would grant leave to file his Reply Supporting Answers to the Court's Questions, which Smith submits simultaneously with this motion.

Respectfully submitted,

Jeffrey C. Irion
Texas Bar No. 10413500
240 S. Old Gun Barrel Lane
P. O. Box 5027
Gun Barrel City, Texas 75147
Telephone:  903-887-4050
Facsimile:   866-422-8403
jirionattorney@aol.com


     /s/ Greg Smith
Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:   (903) 597-2413
gsmith@rameyflock.com
**COUNSEL FOR APPELLANT, REX SMITH**

1

**Certificate of Service**

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 8th day of April, 2015, on the following:

**Via email**
S. Gary Werley, Attorney
1840 Acton Highway
Granbury, Texas 76049
sgwerley@werleylaw.com

_/s/ Greg Smith_
Greg Smith